UNITED STATES of America,
Plaintiff—Appellee,

v.

**Luis QUINTERO–CARDENAS,**
Defendant—Appellant.

No. 06–10650.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 29, 2008.

Joan G. Ruffennach, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. Macpherson, Esq., The Macpherson Group, PC, Glendale, AZ, for Defendant–Appellant.

Luis Quintero–Cardenas, pro se.

Before: GOODWIN, TROTT and RYMER, Circuit Judges.

MEMORANDUM **

Luis Quintero–Cardenas appeals from his guilty-plea conviction and 46–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Quintero–Cardenas's counsel has filed a brief stating there are no grounds for re-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Because the record indicates that Quintero–Cardenas knowingly and voluntarily waived his right to appeal his conviction and sentence, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.